IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Fort Myers, Division

NICOLE ROWE,

    Plaintiff,

vs.   CASE NO.:

FLORIDA HIGHWAY SAFETY AND
MOTOR VEHICLES, a political subdivision
of the State of Florida,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

COMES NOW the Defendant, FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, by and through its undersigned counsel and pursuant to 28 U.S.C. §§1331, 1332, 1441, and 1446, hereby file Defendant's Notice of Removal, removing this action from the Circuit Court for the Twentieth Judicial Circuit in and for Lee County, Florida, to United States District Court for the Middle District of Florida, Fort Myers Division.  The removal of this action is based upon the following:

    1.    The above entitled cause has been brought in Circuit Court in and for Lee County, Florida by service of the summons and complaint on April 27, 2018 and is now pending in that court.

    2.    The above-entitled cause is of a civil rights nature of law brought by Nicole Rowe, by and through her attorney, in which the Plaintiff alleges claims of civil rights violations of Florida's Public Whistleblower Act (PWA).

    3.    On April 23, 2019 the Plaintiff filed an Amended Complaint, attached hereto as *Exhibit A*, adding the following Counts: Count II - Violation of the Pregnancy Discrimination Act (PDA), Count III - Violation of the FCRA-Pregnancy; Count IV - Violation of Title VII-Retaliation; Count V -  Violation of The Florida Civil Rights Act of 1992-Retaliation; Count VI - Violation of the Family Medical Leave Act ("FMLA")-Interference, Violation of the Family Medical Leave Act ("FMLA")-Retaliation.  Plaintiff's Amended

Complaint now raises legal questions making this cause one over which the district courts of the United States are given original and federal question jurisdiction.

4. Plaintiff's Amended Complaint, filed on April 23, 2019, is allowed pursuant to the Circuit Court's Order granting Plaintiff's Motion to Amend Complaint, entered on April 17, 2019, attached hereto as *Exhibit B*.

5. Defendant's Answer and Affirmative Defenses to Plaintiff's Amended Complaint was filed on May 13, 2019, and is attached hereto as *Exhibit C*.

6. The time within which Defendant is required to file this Notice of Removal in order to remove this case to this court has not yet expired.

7. Defendant files with this notice true and correct copies of all documents filed in this action which are attached hereto as *Exhibit D*.

8. This suit is removable to this Court, under the virtue of the acts of Congress of the United States.

9. Defendant will give written notice of the filing of this notice as required by 28 U.S.C. §1446(d).

10. A copy of this notice will be filed with the Clerk of the Circuit Court in and for Lee County, Florida as required by 28 U.S.C. §1446(d).

11. The Defendant consents to removal of this action to the Middle District (formal home).

WHEREFORE, Defendant requests that this action proceed in this Court as an action properly removed to it.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Benjamin H. Yormak
Yormak Employment & Disability Law

9990 Coconut Road
Bonita Springs, Florida 34135
byormak@yormaklaw.com

                              VERNIS & BOWLING of Southwest Florida
                              Attorneys for Defendants
                              2369 West First Street
                              Fort Myers, FL 33901
                              Office: (239) 334-3035
                              Facsimile:  (239) 334-7702
                              **Email Designation:**
                              WKratochvil@florida-law.com
                              YGonzalez@florida-law.com
                              FMFiling@florida-law.com

                              By:   */s/ William O. Kratochvil*
                                     William O. Kratochvil
                                     Florida Bar No. 343640